# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00379-CV

### Adrian Sanchez, Rebecca Sanchez, and/or All Other Occupants of 117 Killdeer, Leander, Texas 78641, Appellants

### v.

### Yellow Orchid, LLC, Appellee

---

### FROM THE COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### NO. 15-0748-CC4, HONORABLE JOHN MCMASTER, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellants Adrian Sanchez, Rebecca Sanchez, and/or All Other Occupants of 117 Killdeer, Leander, Texas 78641 filed their notice of appeal on June 19, 2015. On October 9, 2015, the Clerk of this Court notified appellants that their brief was overdue and that this appeal was subject to dismissal for want of prosecution if they failed to file their brief or respond to the notice by October 19, 2015. To date, appellants have neither filed their brief nor responded to this Court's notice. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Pemberton and Field

Dismissed for Want of Prosecution

Filed:   November 4, 2015